UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60574-CIV-SINGHAL

PABLO GONZALEZ,

    Defendant,

v.

PETROMAR INTERNATIONAL, INC.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant's Motion for Attorney's Fees ("Motion") (DE [47]) and the Report and Recommendation (DE [53]) of the Magistrate Judge recommending that the Motion be granted by default and that Defendant be awarded $11,052.50 in attorney's fees. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge's Report and Recommendation (DE [53]) is **AFFIRMED** and **ADOPTED.** Defendant's Motion for Attorney's Fees (DE [47]) is **GRANTED BY DEFAULT**. Defendant is awarded $11,052.50 in attorney's fees.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 30th day of January, 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF